In the Matter of DANNY J. HOLLENBECK, Appellant, v LAURA M. SEELEY et al., Respondents. [869 NYS2d 820]

Present—Scudder, P.J., Centra, Fahey, Pine and Gorski, JJ.